IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re: DEBORAH LYNN PETERSON
Bankruptcy Number: 20-26982

NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND NOTICE OF DEADLINE
TO OBJECT AND TO SET OBJECTION FOR A HEARING
Objection Deadline: **October 04, 2021**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed with the United States Bankruptcy Court for the District of Utah a motion to dismiss your bankruptcy case for failure to comply with the terms of the court's confirmation order. The specifics are set forth in the motion included herewith. **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to dismiss your Chapter 13 case, then you **must** take the following three (3) actions:

    1. On or before **October 04, 2021** (the "Objection Deadline") you or your lawyer must file with the Bankruptcy Court a written objection to the Trustee's motion explaining why your bankruptcy case should not be dismissed. If you do not have access to the court's electronic filing system ("ECF"), you can hand-deliver or mail your objection to the following address: (if you mail your objection, it must be received by the court on or before the Objection Deadline):

        United States Bankruptcy Court
        350 South Main Street, Room 301
        Salt Lake City, UT 84101

    2. On or before the Objection Deadline, and after filing your objection, you must contact the Bankruptcy Court to reserve a hearing date and time when your objection will be considered by the Bankruptcy Judge.

    3. On or before the Objection Deadline, and after reserving your court hearing date, you must also file a notice of hearing with the Bankruptcy Court, which notice will be served electronically on the Trustee (you do not need to mail a copy to the Trustee).

If you or your attorney do not complete **all three of these actions**, the Bankruptcy Court may decide that you do not oppose the Trustee's motion to dismiss and may enter an order granting that relief without further notice or hearing.

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br>DEBORAH LYNN PETERSON<br><br>Debtor | CASE NO: 20-26982<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |

**TRUSTEE'S MOTION TO DISMISS FOR NON-COMPLIANCE**
**WITH ORDER CONFIRMING DEBTOR'S CHAPTER 13 PLAN**

The Standing Chapter 13 Trustee, hereby moves this Court for an entry of an Order dismissing the above-entitled case pursuant to the aforementioned order. In support thereof the Trustee represents as follows:

1. The aforementioned order required the Debtor to:

    The Debtor has failed to comply with paragraph 7a(4) of the Order Confirming Debtor's Chapter 13 Plan.

2. The Debtor has failed to comply with the aforementioned terms of the Order.

THEREFORE, the Trustee requests that this case be dismissed without prejudice.On or before

**October 04, 2021**, you must complete all three (3) of the following actions in response to this motion or your case may be administratively dismissed without further notice or hearing: (a) file with the Bankruptcy Court a written objection to this motion; (b) reserve a hearing date and time with the Bankruptcy Court when your objection will be heard; and (c) file with the Bankruptcy Court a notice of hearing on your objection.

Dated: 9/9/2021

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on September 09, 2021:

DEBORAH LYNN PETERSON, 815 WEST MOUNT TUSCARORA DRIVE, LOT #347, SALT LAKE CITY, UT  84123
MICHAEL J. WATTON, ECF Notification

/s/ Michelle Moses